MARGARET A. KANE, Respondent, *v.* RICORO ESTATES, INC., et al., Defendants, and AARON B. SALANT, Appellant.

Argued December 8, 1937; decided January 11, 1938.

*Louis Salant* and *Elwood G. Feldstein* for appellant.

*Harold E. Brennan* and *Frank C. Laughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.